IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3141 |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE D. SOSA-GAYTON, TIM BURNS, DOUGLAS COUNTY PUBLIC DEFENDERS OFFICE, and JUDGE CONIGLIA, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's Motion to Reconsider the court's Memorandum and Order dated August 12, 2014, in which the Court denied plaintiff's request that the Court waive the filing fee in this matter (Filing No. 12). For the reasons already explained to plaintiff in this case and others, the Court will not waive his payment of the filing fee. However, plaintiff may request an extension of time in which to pay the filing fee if needed.

IT IS ORDERED that plaintiff's Motion to Reconsider (Filing No. 12) is denied.

DATED this 25th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court