IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3141 |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE D. SOSA-GAYTON, TIM BURNS, DOUGLAS COUNTY PUBLIC DEFENDERS OFFICE, and JUDGE CONIGLIA, | ) ) ) ) | ORDER AND JUDGMENT |
| | ) | |
| Defendants. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1. Chapman's claims against defendant Judge Coniglia are dismissed with prejudice.

2. Chapman's claims against Yvonne Sosa-Gayton and Tim Burns are dismissed without prejudice to reassertion in a habeas corpus action or similar proceeding.

3. **Plaintiff is hereby notified that the filing of a notice of appeal will make him liable for payment of the full $505.00 appellate filing fee regardless of the outcome of the appeal.** This is because the Prison Litigation Reform Act requires an incarcerated civil appellant to pay the full amount of the $505.00 appellate filing fee by making monthly payments to

the court, even if he or she is proceeding in forma pauperis. 28 U.S.C. § 1915(b). By filing a notice of appeal, plaintiff will be consenting to the deduction of the $505.00 filing fee from his prison account by prison officials.

DATED this 1st day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court