IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLIE JOE CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3141 |
| | ) | |
| v. | ) | |
| | ) | |
| YVONNE D. SOSA-GAYTON, TIM BURNS, DOUGLAS COUNTY PUBLIC DEFENDERS OFFICE, and JUDGE CONIGLIA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for further continuance and motion to have the defendants served and motion to add claim, amended with leave and to leave all other claims the same (Filing No. 28). This action was dismissed on July 1, 2015 (Filing No. 27). Accordingly,

IT IS ORDERED that plaintiff's motions are denied as moot.

DATED this 4th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court